IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BERNADETTE MARIE LUKE,

    Plaintiff,

v.                                                             CASE NO. 3:17-cv-640-RV-GRJ

CHRISTOPHER COX, et al.,

    Defendants.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 11, 2017, (ECF No. 7), recommending that the case be dismissed for failure to comply with a Court order and for failure to prosecute. Plaintiff has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. This case is dismissed. The Clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of January 2018

        /s/ Roger Vinson
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**